IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DIONNE AND BRIAN MYERS, individually and on behalf of their minor children, H.M. and L.M., <br><br>   Plaintiffs, <br><br> v. <br><br> TOP TIER SCOOBY, LLC, *et al.*, <br><br>   Defendants. | ) ) ) ) ) ) ) ) CIV. ACT. NO. 1:19-cv-414-TFM-MU ) ) ) ) |
| IN RE:  FRAISHER, LLC, AS OWNER OF THE M/V UP THERES, AND TOP TIER WATERSPORT, LLC AS CHARTERER, OPERATOR, AND/OR OWNER *PRO HAC VICE* OF THE M/V UP THERES, FOR EXONERATION FROM OR LIMITATION OF LIABILITY | ) ) ) ) CIV. ACT. NO. 1:19-cv-618-TFM-MU ) ) ) ) |

**ORDER**

On August 27, 2021, the Court held a hearing on the approval of a proposed settlement on behalf of the minor Plaintiffs. In accordance with Fed. R. Civ. P. 41(a)(2), the joint motion to approve is **GRANTED**. The Court will enter a separate sealed order containing the settlement terms.

All pending motions are **DENIED as moot** and all upcoming court appearances and deadlines are **CANCELLED**.

The Clerk of the Court is **DIRECTED** to close this case.

**DONE** and **ORDERED** this 30th day of August, 2021.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE